## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 08-CV-04897-JNE-RLE

| | |
|---|---|
| Treston Wobig,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Velocity Investments, LLC, a New Jersey Corporation, and<br>Rausch, Sturm, Israel & Hornik, S.C., a Wisconsin corporation<br><br>　　　　Defendant. | **NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

　　　**IT IS HEREBY NOTICED** by the Plaintiff and Plaintiff's attorney, that the above-entitled action against these Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: August 25, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**BARRY & SLADE, LLC**
　　　　　　　　　　　　　　　　　　　　　　By:　**s/Peter F. Barry**
　　　　　　　　　　　　　　　　　　　　　　Peter F. Barry, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D.#0266577
　　　　　　　　　　　　　　　　　　　　　　2021 East Hennepin Avenue, Suite 195
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55413-2700
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 379-8800
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 379-8810
　　　　　　　　　　　　　　　　　　　　　　pbarry@lawpoint.com

pfb/ra　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff