# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 08-CV-04897-JNE-RLE

| | |
|---|---|
| Treston Wobig,<br><br>　　　　　Plaintiff,<br>v.<br><br>Velocity Investments, LLC, a New Jersey Corporation, and<br>Rausch, Sturm, Israel & Hornik, S.C., a Wisconsin corporation<br><br>　　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE filed by Plaintiff herein, this Court hereby orders that the Plaintiff's Complaint against these Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 26, 2008　　　　　s/ Joan N. Ericksen
　　　　　　　　　　　　　　　　　HON. JUDGE Joan N. Ericksen
　　　　　　　　　　　　　　　　　United States District Court